**Order entered September 27, 2013**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

---

### No. 05-12-00837-CR

### LEWIS, MICHAEL WAYNE, Appellant

### V.

### THE STATE OF TEXAS, Appellee

---

**On Appeal from the Criminal District Court No. 6**
**Dallas County, Texas**
**Trial Court Cause No. F11-50889-X**

---

## ORDER

On May 28, 2013, we ordered the Dallas County District Clerk to prepare and file a supplemental clerk's record containing a detailed itemization of the costs assessed in this case, including but not limited to, specific court costs, fees, and court appointed attorney fees. However, the detailed itemization of costs included in the supplemental record does not comply with the Texas Code of Criminal Procedure. *See* TEX. CODE CRIM. PROC. ANN. arts. 103.001, 103.006 (West 2006).

Accordingly, we **ORDER** the Dallas County District Clerk to file, within seven days of the date of this order, a second supplemental clerk's record that contains a detailed itemization of the costs assessed in this case that complies with articles 103.001 and 103.006 of the Texas Code of Criminal Procedure. *See id*. art 103.001 ("A cost is not payable by the person charged with

the cost until a written bill is produced or is ready to be produced, containing the items of cost, *signed by the officer who charged the cost or the officer who is entitled to receive payment for the cost*.") (emphasis added); 103.006 ("If a criminal action or proceeding . . . is appealed, an officer of the court *shall certify and sign* a bill of costs stating the costs that have accrued and send the bill of cost to the court to which the action or proceeding is . . . appealed.") (emphasis added).

/s/     DAVID L. BRIDGES
        PRESIDING JUSTICE